Clerk's Office
United States District Court
Eastern District of New York

---

NOTICE OF
RELATED CASE
ASSIGNMENT

---

Civil action 08 CV 1173 was assigned to Judge Vitaliano and Magistrate Judge Matsumoto as related to 07CV1540 on 3/21, 2008.