Pepper Hamilton LLP
Attorneys at Law

The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
212.808.2700
Fax 212.286.9806

Samuel J. Abate, Jr.
direct dial: 212.808.2706
fax: 866-738-9621
abates@pepperlaw.com

July 18, 2008

Honorable Kiyo A. Matsumoto
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Goldmeer v. Davol, Inc., et al.
08-CV-1173 (ENV)(KAM)

Dear Magistrate Judge Matsumoto:

On behalf of Defendants C. R. Bard, Inc. and Davol, Inc. (collectively, "Defendants") I am writing to request that the initial conference scheduled for Tuesday, July 22, 2008 at 11:00 a.m. be cancelled. On June 22, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") established a multidistrict litigation entitled In Re Kugel Mesh Patch Products Liability Litigation ("MDL"), MDL No. 1842. The above case was identified as a "tag along" action in CTO 19 issued by the JPML on May 29, 2008, and on June 2, the case was transferred to the MDL.

In light of the JPML's transfer of this case to the MDL Court, Defendants request that the July 22 conference be cancelled. Plaintiff's counsel does not oppose this request.

Respectfully,

Samuel J. Abate, Jr.

Copy to Douglas & London