CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:08−cv−01173−ENV−SMG

Goldmeer et al v. Davol, Inc. et al
Assigned to: Judge Eric N. Vitaliano
Referred to: Chief Magistrate Steven M. Gold
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 03/21/2008
Date Terminated: 07/30/2008
Jury Demand: Both
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Maurice A. Goldmeer** represented by **Michael A London**
Douglas &London
111 John Street
Ste. 1400
New York, NY 10038
212−566−7500
Fax: 212−566−7501
Email: mlondon@douglasandlondon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael G. Hilley** represented by **Michael A London**
Douglas &London
111 John Street, 8th Floor
New York, NY 10038
212−931−9980
Fax: 212−931−9979
Email: mlondon@douglasandlondon.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Samuel J. Abate, Jr.**
Pepper Hamilton LLP
620 Eighth Avenue
37th Floor
New York, NY 10018−1405
(212)808−2706
Fax: (866)738−9621
Email: abates@pepperlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Samuel J. Abate, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2008 | Ï 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. $ 350, filed by Maurice A. Goldmeer, Michael G. Hilley. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 03/21/2008) |
| 03/21/2008 | Ï | Summons Issued as to Davol, Inc., C.R. Bard, Inc.. (Bowens, Priscilla) (Entered: 03/21/2008) |
| 03/21/2008 | Ï 2 | Notice of Related Case Assignment/Designation (Bowens, Priscilla) (Entered: 03/21/2008) |
| 03/24/2008 | Ï 3 | SCHEDULING ORDER: An Initial Conference has been scheduled for 7/15/2008 at 10:00A.M. before Magistrate−Judge Kiyo A. Matsumoto at 225 Cadman Plaza East, Brooklyn, New York. All parties shall check in with chambers, room 1227−s, upon arrival. All counsel must be present. Plaintiffs shall confirm with defendant(s) that all necessary participants are aware of the date/time and will appear. (See order attached). Ordered by Magistrate Judge Kiyo A. Matsumoto on 3/24/08. (Williams−Jackson, Sandra) (Entered: 03/24/2008) |
| 05/06/2008 | Ï | ORDER: Due to a conflict, the initial conference scheduled for 7/15/08, has been moved to 7/22/08 at 11:00a.m. Plaintiffs' counsel shall notify the defendant. Ordered by Magistrate Judge Kiyo A. Matsumoto on 5/6/08. (Williams−Jackson, Sandra) (Entered: 05/06/2008) |
| 05/15/2008 | Ï 4 | ANSWER to 1 Complaint by Davol, Inc., C.R. Bard, Inc.. (Abate, Samuel) (Entered: 05/15/2008) |
| 05/15/2008 | Ï 5 | DISCLOSURE of Interested Parties by Davol, Inc., C.R. Bard, Inc.. (Abate, Samuel) (Entered: 05/15/2008) |
| 06/03/2008 | Ï 6 | Letter dated 5/29/2008 from Denise Morgan−Stone, JPML, to David A. DiMarzio, Clerk of Court for RI., enclosing CTO−19 in MDL No. 1842 and advising the Clerk to transmit a certified copy of the Panel's order to transfer to the Clerk of the District which the action is being transferred. (Marziliano, August) (Entered: 06/03/2008) |
| 07/18/2008 | Ï 7 | Letter MOTION to Adjourn Conference by Davol, Inc., C.R. Bard, Inc.. (Abate, Samuel) (Entered: 07/18/2008) |
| 07/18/2008 | Ï | ORDER granting 7 Motion. In light of the JPML's transfer of this case to the MDL Court, the 7/22/08 initial conference is adjourned without date. Ordered by Magistrate Judge Kiyo A. Matsumoto on 7/18/08. (Williams−Jackson, Sandra) (Entered: 07/18/2008) |
| 07/28/2008 | Ï | NOTICE to COUNSEL: This case is now referred to Chief Magistrate Judge Gold. (Vaughn, Terry) (Entered: 07/28/2008) |
| 07/30/2008 | Ï 8 | Conditional Transfer Order (CTO−18) transferring case from Eastern District of New York to District of Rhode Island. (Marziliano, August) (Entered: 07/30/2008) |
| 07/30/2008 | Ï | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. (Marziliano, August) (Entered: 07/30/2008) |